■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOUIS MARTINEZ, Also Known as MANUEL TRUJILLO, Appellant. [640 NYS2d 797] —Appeal by the defendant from a judgment of

the County Court, Westchester County (Lange, J.), rendered June 17, 1994, convicting him of burglary in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed (*see, People v Harris,* 61 NY2d 9; *People v Kazepis,* 101 AD2d 816). Thompson, J. P., Sullivan, Krausman and Florio, JJ., concur.